IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE MARIA, SKINNER BAKERY 2ND SHIFT SUPERVISOR, M & M STAFFING, and STATE OF NEBRASKA, Unemployment Workers;<br><br>　　　　　　Defendants. | 8:18CV108<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel on appeal. ([Filing No. 26](#).) Plaintiff's motion should be addressed to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel ([filing no. 26](#)) is denied without prejudice to reassertion before the Eighth Circuit.

2. The clerk's office is directed to send a copy of this order to the Eighth Circuit Court of Appeals.

Dated this 3rd day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge